NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$2,318,800.00 IN U.S. CURRENCY SEIZED FROM TWO SAFE DEPOSIT BOXES AND $210,050.00 IN U.S. CURRENCY,<br><br>    Defendants. | Case No. 2:20-cv-01690-DSF(PJWx)<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT BY CLERK AGAINST THE INTERESTS OF ALL POTENTIAL CLAIMANTS EXCEPT MATTHEW THOMAS BEAVER; DECLARATION OF VICTOR A. RODGERS** |

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff United States of America ("plaintiff" or "the government"), by and through its attorneys, hereby respectfully applies for entry of default by the Clerk against the interests of all potential claimants except Matthew Thomas Beaver as to the defendants $2,318,800.00 In U.S. Currency Seized From Two Safe Deposit Boxes and

1  $210,050.00 In U.S. Currency.  This application is based on the
2  accompanying declaration of Victor A. Rodgers, the exhibits thereto,
3  and the pleadings and files in this case.
4     Accordingly, the government respectfully requests that the Clerk
5  enter a default against the interests of all potential claimants
6  except Matthew Thomas Beaver as to the defendants $2,318,800.00 In
7  U.S. Currency Seized From Two Safe Deposit Boxes and $210,050.00 In
8  U.S. Currency.
9  Dated: May 26, 2020              Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney
                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

                                    /s/ Victor A. Rodgers_____
                                    VICTOR A. RODGERS
                                    Assistant United States Attorney
                                    Asset Forfeiture Section

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2