JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cv-01690-DSF(PJWx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $2,318,800.00 IN U.S. CURRENCY SEIZED FROM TWO SAFE DEPOSIT BOXES AND $210,050.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the stipulation and request of Plaintiff United States of America and Matthew Thomas Beaver (the "Potentially Interested Party"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

Plaintiff United States of America ("the United States of America") has filed a Complaint for Forfeiture alleging that the defendants $2,318,800.00 In U.S. Currency Seized From Two Safe Deposit Boxes and $210,050.00 in U.S. Currency (collectively, the "defendants") are subject to forfeiture pursuant to 18

U.S.C. §§ 981(a)(1)(A) and (C) and 984 and 21 U.S.C. § 881(a)(6).

The Potentially Interested Party has not filed a claim to the defendants, but would have filed a claim to one or more of the defendants if a settlement had not been reached in this matter as reflected in this Consent Judgment of Forfeiture.

No other parties have filed a claim to the defendants or an answer to the Complaint for Forfeiture and the time for filing claims and answers has expired.

The government and the Potentially Interested Party have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture, without the Potentially Interested Party admitting or denying the allegations of the Complaint for Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984 and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than the Potentially Interested Party. The Court deems that all other potential claimants admit the allegations

1 of the Complaint for Forfeiture to be true.  The Potentially
2 Interested Party is relieved of the obligation of filing a claim
3 to the defendants and an answer to the Complaint for Forfeiture.
4       4.   The United States of America shall have judgment as to
5 the interests of the Potentially Interested Party and all other
6 potential claimants to the defendants, which are hereby
7 condemned and forfeited to the United States of America.  The
8 United States of America shall dispose of the defendants in
9 accordance with law.
10      5.   The Potentially Interested Party hereby releases the
11 United States of America, its agencies, agents, officers,
12 employees and representatives, including, without limitation,
13 all agents, officers, employees and representatives of the Drug
14 Enforcement Administration and their respective agencies, as
15 well as all agents, officers, employees and representatives of
16 any state or local governmental or law enforcement agency
17 involved in the investigation or prosecution of this matter,
18 from any and all claims (including, without limitation any
19 petitions for remission, which the Potentially Interested Party
20 hereby withdraws), actions or liabilities arising out of or
21 related to this action, including, without limitation, any claim
22 for attorney fees, costs and interest, which may be asserted by
23 or on behalf of the Potentially Interested Party, whether
24 pursuant to statute or otherwise.
25      6.   The Court finds that there was reasonable cause for
26 the seizure of the defendants and institution of these
27 proceedings.
28 / / /

7. The parties hereto shall bear their own attorney fees and costs.

8. The United States of America and the Potentially Interested Party consent to this judgment and waive any right to appeal.

IT IS SO ORDERED.

DATED: May 29, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4